# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0199
_____

ERIC ANDERSON,

Appellant,

v.

GINGER BOWDEN MADDEN, State
Attorney First Circuit,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

December 11, 2025

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Eric Anderson, pro se, Appellant.

James Uthmeier, Attorney General and Clarissa Virginia Jimenez, Senior Assistant Attorney General, Tallahassee, for Appellee.